### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CUMIS INSURANCE SOCIETY INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 1:23-cv-00139 GBW |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| INA FITCH, TRACEY JACKSON FAYLA COMPUTERS, INC., FAYLA, PC, ADAM SMITH and LUIS LUGO | ) ) ) ) ) | |
| Defendants. | ) | |

### DEFENDANT INA FITCH'S ANSWER TO THE COMPLAINT

Defendant Ina Fitch ("Answering Defendant" or "Fitch") by and through her undersigned counsel, answers Plaintiff CUMIS Insurance Society Inc.'s ("Plaintiff") Complaint, as follows:

1. Denied. Answering Defendant is without sufficient information to form a belief as the truth of the averment herein. Strict proof of same is required.

2. Admitted in part and denied in part. It is admitted only that Answering Defendant is an individual residing at the address stated. The balance of the allegations constitute legal conclusions to which no response is required, thus same are denied. To the extent that the allegation is factual it is denied as stated. Strict poof of same is required.

3. This averment is addressed to a defendant other than Answering Defendant, and thus no response is required, thus same are denied.

4. This averment is addressed to a defendant other than Answering Defendant, and thus no response is required, thus same are denied.

5. This averment is addressed to a defendant other than Answering Defendant, and thus no response is required, thus same are denied.

6. Denied. This averment is addressed to a defendant other than Answering Defendant, and thus no response is required, thus same are denied.

7. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required, thus same are denied. Strict proof of same is required.

8. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required, thus same are denied. Strict proof of same is required.

9. Admitted.

10. This averment is addressed to a defendant other than Answering Defendant, and thus no response is required, thus same are denied.

11. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required, thus same are denied. Strict proof of same is required.

12. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required, thus same are denied. Strict proof of same is required.

13. Admitted in part and denied in part. It is admitted only that Answering Defendant was employed by the Delaware State Police Federal Credit Union. The balance of the allegations are denied as conclusions of law to which no responsive pleading is required, thus same are denied. To the extent that the allegations are factual denied as stated.

14. Denied. The allegations in this paragraph constitute legal conclusions to which no responsive pleading is required, thus same are denied. To the extent the allegations are factual, denied. Strict proof of same is required.

15. Denied in part and Admitted in part. It is admitted only that defendant, Tracey Jackson was hired as CFO and she began working in or around March 2018. The balance of the allegations in this paragraph constitute legal conclusions to which no responsive pleading is required, thus same are denied. To the extent the allegations are factual, denied as stated. By way of further answer, the allegations contain statements by a person other than Answering Defendant, and thus Answering Defendant has insufficient information to form a belief as to the truth of the averment. Strict proof of same is required.

16. Denied. The allegations in this paragraph constitute legal conclusions to which no responsive pleading is required, thus same are denied. To the extent the allegations are factual, denied as stated. Strict proof of same is required.

17. Denied. To the extent that Answering Defendant has knowledge the allegations are denied. By way of further answer, the allegations contain statements by a person other than Answering Defendant, and thus Answering Defendant has insufficient information to form a belief as to the truth of the averment. Strict proof of same is required.

18. Denied as stated. By way of further answer the allegations constitute legal conclusions to which no response is required. Strict proof of same is required.

19. Admitted in part and denied in part. It is admitted only that invoices from vendors were to be reviewed and authorized. The balance of the factual averments are denied. By way of further allegations constitute legal conclusions to which no response is required, thus same are denied. Strict proof of same is required.

20. Denied as stated. By way of further allegations to the extent the allegations constitute legal conclusions to which no response is required, thus same are denied. Strict proof of same is required.

21. Denied. To the extent that Answering Defendant has knowledge the allegations are denied. By way of further answer, the allegations contain statements about person other than Answering Defendant, and thus Answering Defendant has insufficient information to form a belief as to the truth of the averment. Further, the allegations constitute legal conclusions to which no response is required, thus same are denied. Strict proof of same is required.

22. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Strict proof of same is required.

23. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Strict proof of same is required.

24. Denied. To the extent that the averment is addressed to a defendant other than Answering Defendant, and thus no response is required, thus same are denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Strict proof of same is required.

25. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. By way of further answer, the allegations contain statements by a person other than Answering Defendant, and thus Answering Defendant has insufficient information to form a belief as to the truth of the averment. Strict proof of same is required.

26. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. By way of further answer, the allegations contain statements by a person other than

Answering Defendant, and thus Answering Defendant has insufficient information to form a belief as to the truth of the averment. Strict proof of same is required.

27. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Strict proof of same is required.

28. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. By way of further answer, the allegations contain statements by a person other than Answering Defendant, and thus Answering Defendant has insufficient information to form a belief as to the truth of the averment. Strict proof of same is required.

29. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. By way of further answer, the allegations concerning a person other than Answering Defendant, and thus Answering Defendant has insufficient information to form a belief as to the truth of the averment. Strict proof of same is required.

30. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Strict proof of same is required.

31. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Strict proof of same is required.

32. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Strict proof of same is required.

33. Denied. To the extent that the averment is addressed to a defendant other than Answering Defendant, and thus no response is required, thus same are denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Strict proof of same is required.

34. Denied. To the extent that the averment is addressed to a defendant other than Answering Defendant, and thus no response is required, thus same are denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Strict proof of same is required.

35. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Strict proof of same is required.

36. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Strict proof of same is required.

37. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Strict proof of same is required.

38. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Strict proof of same is required.

39. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Strict proof of same is required.

40. Denied as stated. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Strict proof of same is required.

41. Denied. To the extent that the averment is addressed to a defendant other than Answering Defendant, and thus no response is required, thus same are denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Strict proof of same is required.

42. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Strict proof of same is required.

43. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Strict proof of same is required.

44. This averment is addressed to a defendant other than Answering Defendant, and thus no response is required, thus same are denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Strict proof of same is required.

45. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied as stated. Strict proof of same is required.

46. Denied. The allegations contain statements by a person other than Answering Defendant, and thus Answering Defendant has insufficient information to form a belief as to the truth of the averment. Further, the allegations constitute legal conclusions to which no response is required, thus same are denied. To the extent the allegations are factual, denied as stated. Strict proof of same is required.

47. Denied. The allegations contain statements by a person other than Answering Defendant, and thus Answering Defendant has insufficient information to form a belief as to the truth of the averment. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Strict proof of same is required.

48. Denied. Answering Defendant is without sufficient information to form a belief as the truth of the averment herein. Strict proof of same is required.

49. Denied. Answering Defendant is without sufficient information to form a belief as the truth of the averment herein. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. Strict proof of same is required.

50. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. Strict proof of same is required.

### **COUNT I - FRAUD**
**(Ina Fitch)**

51. Answering Defendant reiterates her responses to paragraphs 1 to 50 as if set forth fully herein.

52. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Strict proof of same is required.

53. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied Any and allegations of fraud or deceit are specifically denied. Strict proof of same is required.

54. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Any and allegations of fraud or deceit are specifically denied. Strict proof of same is required.

55. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Any and allegations of fraud or deceit are specifically denied. Strict proof of same is required.

56. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Any and allegations of fraud or deceit are specifically denied. Strict proof of same is required.

57. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. Strict proof of same is required.

WHEREFORE, Defendant, Ina Fitch demands judgment in her favor and against Plaintiff, together with cost counsel fees and any other such relief as the Court deems just and appropriate.

## **COUNT II - BREACH OF FIDUCIARY DUTY**

58. Answering Defendant reiterates her responses to paragraphs 1 to 57 as if set forth fully herein.

59. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent that an answer is required, any and all allegations of breach of duty are denied. Strict proof of same is required.

60. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Strict proof of same is required.

61. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Any and allegations of fraud or deceit are specifically denied. Strict proof of same is required.

62. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. To the extent the allegations are factual, denied. Any and allegations of fraud or deceit or breach of duty are specifically denied. Strict proof of same is required.

63. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. Strict proof of same is required.

WHEREFORE, Defendant, Ina Fitch demands judgment in her favor and against Plaintiff, together with cost counsel fees and any other such relief as the Court deems just and appropriate.

### COUNT III - FRAUD
(Tracey Jackson)

64. Answering Defendant reiterates her responses to paragraphs 1 to 63 as if set forth fully herein.

65. Denied. The allegations contain statements by a person other than Answering Defendant, and thus Answering Defendant has insufficient information to form a belief as to the truth of the averment. Further, the allegations constitute legal conclusions to which no response is required, thus same are denied. Strict proof of same is required.

66. Denied. The allegations contain statements by a person other than Answering Defendant, and thus Answering Defendant has insufficient information to form a belief as to the truth of the averment. Further, the allegations constitute legal conclusions to which no response is required, thus same are denied. Strict proof of same is required.

67. Denied. The allegations contain statements by a person other than Answering Defendant, and thus Answering Defendant has insufficient information to form a belief as to the truth of the averment. Further, the allegations constitute legal conclusions to which no response is required, thus same are denied. Strict proof of same is required.

68. Denied. The allegations contain statements by a person other than Answering Defendant, and thus Answering Defendant has insufficient information to form a belief as to the truth of the averment. Further, the allegations constitute legal conclusions to which no response is required, thus same are denied. Strict proof of same is required.

69. Denied. The allegations contain statements by a person other than Answering Defendant, and thus Answering Defendant has insufficient information to form a belief as to the truth of the averment. Further, the allegations constitute legal conclusions to which no response is required, thus same are denied. Strict proof of same is required.

70. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. Strict proof of same is required.

WHEREFORE, Defendant, Ina Fitch demands judgment in her favor and against Plaintiff, together with cost counsel fees and any other such relief as the Court deems just and appropriate.

## COUNT IV - BREACH OF FIDUCIARY DUTY
### (Tracey Jackson)

71. Answering Defendant reiterates her responses to paragraphs 1 to 70 as if set forth fully herein.

72. Denied. The allegations contain statements by a person other than Answering Defendant, and thus Answering Defendant has insufficient information to form a belief as to the truth of the averment. Further, the allegations constitute legal conclusions to which no response is required, thus same are denied. Strict proof of same is required.

73. Denied. The allegations contain statements by a person other than Answering Defendant, and thus Answering Defendant has insufficient information to form a belief as to the truth of the averment. Further, the allegations constitute legal conclusions to which no response is required, thus same are denied. Strict proof of same is required.

74. Denied. The allegations contain statements by a person other than Answering Defendant, and thus Answering Defendant has insufficient information to form a belief as to the

truth of the averment. Further, the allegations constitute legal conclusions to which no response is required, thus same are denied. Strict proof of same is required.

75. Denied. The allegations contain statements by a person other than Answering Defendant, and thus Answering Defendant has insufficient information to form a belief as to the truth of the averment. Further, the allegations constitute legal conclusions to which no response is required, thus same are denied. Strict proof of same is required.

76. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. Strict proof of same is required.

WHEREFORE, Defendant, Ina Fitch demands judgment in her favor and against Plaintiff, together with cost counsel fees and any other such relief as the Court deems just and appropriate.

## COUNT V
### (Fayla, Adam Smith, Luis Lugo)

77. Answering Defendant reiterates her responses to paragraphs 1 to 76 as if set forth fully herein.

78. Denied. The allegations contain statements by a person other than Answering Defendant, and thus Answering Defendant has insufficient information to form a belief as to the truth of the averment. By way of further answer, the allegations constitute legal conclusions to which no response is required, thus same are denied. To the extent the allegations are factual, denied. Any and allegations of fraud on the part of answering defendant is specifically denied. Strict proof of same is required.

79. Denied. The allegations contain statements by a person other than Answering Defendant, and thus Answering Defendant has insufficient information to form a belief as to the truth of the averment. Further, the allegations constitute legal conclusions to which no response is

required, thus same are denied. . Any and allegations of fraud on the part of answering defendant is specifically denied  Strict proof of same is required.

80. Denied. The allegations contain statements by a person other than Answering Defendant, and thus Answering Defendant has insufficient information to form a belief as to the truth of the averment. Further, the allegations constitute legal conclusions to which no response is required, thus same are denied. . Any and allegations of fraud on the part of answering defendant is specifically denied Strict proof of same is required.

81. Denied. The allegations constitute legal conclusions to which no response is required, thus same are denied. Strict proof of same is required.

82. Denied. The allegations contained in this paragraph constitute legal conclusions to which no response is required., thus same are denied. Strict proof of same is required.

WHEREFORE, Defendant, Ina Fitch demands judgment in her favor and against Plaintiff, together with cost counsel fees and any other such relief as the Court deems just and appropriate.

## COUNT VI -CONSPIRACY
### (All Defendants)

83. Answering Defendant reiterates her responses to paragraphs 1 to 82 as if set forth fully herein.

84. Denied. The allegations constitute legal conclusions to which no response is required, thus same are denied. Any and allegations of fraud on the part of answering defendant is specifically denied Strict proof of same is required.

85. Denied. The allegations  constitute legal conclusions to which no response is required, thus same are denied.  To the extent the allegations are factual, denied.  Any and

allegations of fraud on the part of answering defendant is specifically denied. Strict proof of same is required.

86. Denied. The allegations constitute legal conclusions to which no response is required, thus same are denied. To the extent the allegations are factual, denied. Strict proof of same is required.

87. Denied. The allegations constitute legal conclusions to which no response is required, thus same are denied. To the extent the allegations are factual denied. Any and allegations of fraud or conspiracy on the part of answering defendant is specifically denied. Strict proof of same is required.

88. Denied. The allegations constitute legal conclusions to which no response is required, thus same are denied. Strict proof of same is required.

89. Denied. The allegations constitute legal conclusions to which no response is required, thus same are denied. Strict proof of same is required.

90. (SIC).

WHEREFORE, Defendant Ina Fitch demands judgment in her favor and against Plaintiff, together with cost counsel fees and any other such relief as the Court deems just and appropriate.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has filed to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's subrogor the Delaware State Police Federal Credit Union was guilty of estoppel/waiver/ratification and/or laches.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff lacks standing to sue.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's subrogor the Delaware State Police Credit Union failed to exercise due care and diligence.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's complaint fails to plead fraud with particularity.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff and/ or its subrogor, Delaware State Police Federal Credit Union failed to mitigate the damages.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred or limited by accord and satisfaction.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff and/or its subrogor, Delaware State Police Federal Credit Union acted with unclean hands.

### TENTH AFFIRMATIVE DEFENSE

This Court lacks personal jurisdiction over Answering Defendant.

### ELEVENTH AFFIRMATIVE DEFENSE

Answering Defendant has not knowingly or intentionally waived any applicable defenses and reserves the right to assert and rely on such other applicable defenses as may later

become available or apparent. Answering Defendant further reserves the right to amend this Answer and/or Affirmative Defenses.

WHEREFORE, Defendant, Ina Fitch demands judgment in her favor and against Plaintiff, together with cost counsel fees and any other such relief as the Court deems just and appropriate.

### CROSS CLAIM AGAINST CO-DEFENDANTS

Answering Defendant, Ina Fitch, denies any and all liability and files the within crossclaim against co-defendants and states as a result of the actions of these co-defendants, said co-defendants are solely liable of the claims of plaintiff, or are jointly and severally liable to plaintiff. Co-defendants are liable for contribution and or indemnity pursuant to the joint tortfeasor contribution law 10 *Del.C.* § 6301 *et seq*.

If the injuries or damages alleged in the complaint are proven at trial to be true, then such damages are occasioned in whole or part by the fault or conduct without the fault of Answering Defendant, and therefore, should recover said damages directly from co-defendants.

WHEREFORE, Defendant, Ina Fitch demands judgment in her favor and against Plaintiff and co- defendants, together with cost counsel fees and any other such relief as the Court deems just and appropriate.

Respectfully submitted,

**ALLEN & ASSOCIATES**

/s/ *Michele D. Allen*
Michele D. Allen (#4359)
4250 Lancaster Pike Suite 230
Wilmington, DE 19805
(302) 234-8600
(302) 397-3930 (fax)
michele@allenlaborlaw.com

Dated: February 10, 2023          *Attorney for Defendant Ina Fitch*