# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CUMIS INSURANCE SOCIETY INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 1:23-cv-00139 GBW |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| INA FITCH, TRACEY JACKSON FAYLA COMPUTERS, INC., FAYLA, PC, ADAM SMITH and LUIS LUGO | ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT FAYLA PC

COMES NOW, Plaintiff, CUMIS Insurance Society, Inc. ("Plaintiff"), by and through undersigned counsel, pursuant to Fed. Civ. R. 55(b)(1), hereby respectfully requests the Clerk for this Honorable Court enter an Order granting its Motion for Default Judgment against Defendant Fayla PC (hereinafter "Defendant Fayla"). In support thereof, Plaintiff states as follows:

1. The Complaint was filed on December 1, 2022[1].

---

[1] This matter was initially filed in the Superior Court for the State of Delaware. Defendant Ina Fitch subsequently removed the matter to Federal Court (D.I. 1).

2.  Plaintiff served Defendant Fayla successfully on January 19, 2023, through Delaware's Long Arm Statute, 10 *Del. C.* § 3104. *See* Affidavit of Service, attached hereto as "Exhibit A."

3.  As of the date of the drafting of this Motion, Defendant Fayla has failed to file an Answer or otherwise plead to the Complaint.

4.  More than twenty (20) days have elapsed since service of the Complaint.

5.  Plaintiff's Affidavit of Counsel in support of Plaintiff's Motion for Default Judgment is attached hereto as "Exhibit B."

WHEREFORE, for all the foregoing reasons and legal arguments, Plaintiff, CUMIS Insurance Society, Inc., respectfully requests that a judgment be entered against Defendant Fayla in the amount of $2,000,000 plus pre-judgment interest.

**REGER RIZZO DARNALL LLP**

*/s/ Paul D. Sunshine, Esquire*
Paul D. Sunshine, Esquire (#3233)
Brandywine Plaza West
1521 Concord Pike, Suite 305
Wilmington, DE 19803
(302) 477-7100
psunshine@regerlaw.com
*Attorney for Plaintiff*

Dated: May 1, 2025