# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CUMIS INSURANCE SOCIETY INC., | ) )  )  ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| INA FITCH, TRACEY JACKSON FAYLA COMPUTERS, INC., FAYLA, PC, ADAM SMITH and LUIS LUGO | ) ) ) ) ) |
| Defendants. | ) |

C.A. No. 1:23-cv-00139 GBW

JURY TRIAL DEMANDED

## ORDER

HAVING considered Plaintiff's Motion for Default Judgment against Defendant Adam Smith, and any responses, thereto;

**IT IS SO ORDERED** this 5th day of May, 2025 that the Plaintiff's Motion for Default Judgment against Defendant Adam Smith is GRANTED.

_____
Judge