# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CUMIS INSURANCE SOCIETY INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 1:23-cv-00139 GBW |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| INA FITCH, TRACEY JACKSON FAYLA COMPUTERS, INC., FAYLA, PC, ADAM SMITH and LUIS LUGO | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

HAVING considered Plaintiff's Motion for Default Judgment against Defendant Fayla PC, and any responses, thereto;

**IT IS SO ORDERED** this 5th day of May 2025 that the Plaintiff's Motion for Default Judgment against Defendant Fayla PC is GRANTED.

_____
Judge